UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, QBE INSURANCE CORPORATION, AND ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>Interpleader-Plaintiffs,<br><br>- v. -<br><br>ALEXANDER MASHINSKY, SHLOMI DANIEL LEON, ALIZA LANDES, HANOCH GOLDSTEIN, ROD BOLGER, RODNEY SUNADA-WONG, KRISTINE MEEHAN, RONI COHEN-PAVON, SHIRAN KLEIDERMAN, HARUMI URATA-THOMPSON, JOHANNES TREUTLER, JEREMIE BEAUDRY, JASON PERMAN, AND PARTIES UNKNOWN,<br><br>Interpleader-Defendants. | No. 1:25-cv-03349 |

### [PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls of Crowe Foreign Services, 733 SW Vista Avenue, Portland Oregon 97205, specializing in international service of process, and her agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

SO ORDERED.

August 19, 2025

1