UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, QBE INSURANCE CORPORATION, and ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>　　　　　Interpleader Plaintiffs,<br><br>　　v.<br><br>ALEXANDER MASHINSKY, SHLOMI DANIEL LEON, ALIZA LANDES, HANOCH GOLDSTEIN, ROD BOLGER, RODNEY SUNADA-WONG, KRISTINE MEEHAN, RONI COHEN-PAVON, SHIRAN KLEIDERMAN, HARUMI URATA-THOMPSON, JOHANNES TREUTLER, JEREMIE BEAUDRY, JASON PERMAN, and PARTIES UNKNOWN,<br><br>　　　　　Interpleader Defendants. | Case No. 25-cv-03349-JMF |

**MOTION OF DEFENDANTS HANOCH GOLDSTEIN, ROD BOLGER, AND RODNEY SUNADA-WONG TO JOIN MOTION BY SHLOMI DANIEL LEON AND ALIZA LANDES TO DROP ALEXANDER MASHINSKY AND RONI COHEN-PAVON AS DEFENDANTS UNDER FED. R. CIV. P. 21**

　　Defendants Hanoch Goldstein, Rod Bolger, and Rodney Sunada-Wong (the "Joining Defendants"), by their undersigned counsel, respectfully join the Motion to Drop Alexander Mashinsky and Roni Cohen-Pavon as Defendants Under Fed. R. Civ. P. 21, as filed by co-defendants Shlomi Daniel Leon and Aliza Landes.

　　The Joining Defendants adopt the recitation of facts and legal arguments set forth in the memorandum of law in support of the Motion (ECF 42). It has already been finally determined,

1

through their guilty pleas and sentencing, that Messrs. Mashinsky and Cohen-Pavon engaged in intentional fraud and multiple criminal acts.  *See* ECF 42 at 4.  As a result, their claimed losses are excluded under the Lead Side A Policy and the Excess Side A Policies (together, the "Side A Policies"), which follow form to the Lead Side A Policy.  *Id.*  Accordingly, the Court should exercise its discretion under Fed. R. Civ. P. 21 to drop Messrs. Mashinsky and Cohen-Pavon as defendants because neither has a cognizable interest in the Side A Policies.  The Joining Defendants reserve all rights to present additional arguments and to be heard before the Court with respect to the Motion on the same schedule ordered by the Court on September 3, 2025 (ECF 46).

WHEREFORE, the Joining Defendants respectfully request that this Honorable Court grant the Motion to Drop Alexander Mashinsky and Roni Cohen-Pavon as Defendants Under Fed. R. Civ. P. 21, and grant such other relief as it deems just and proper.

Respectfully submitted,

Dated: September 4, 2025

/s/   *Avi Weitzman*
**PAUL HASTINGS LLP**
Avi Weitzman
Zachary Melvin
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3561
Email: aviweitzman@paulhastings.com
         zacharymelvin@paulhastings.com

*Counsel to Hanoch Goldstein, Rod Bolger, and Rodney Sunada-Wong*

---

Defendants' motion to join ECF No. 41 is GRANTED.  Unless and until the Court orders otherwise, Defendants Shlomi Daniel Leon and Aliza Landes and the Joining Defendants shall file a joint reply.  The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.

*[signature]*

September 5, 2025