September 11, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Indian Harbor Insurance Company, et al. v. Mashinsky et al.*, Case No. 1:25-cv-03349-JMF: Joint Request to Adjourn Initial Pretrial Conference and Entry of Case Management Plan

Dear Judge Furman:

We jointly submit this letter motion on behalf of plaintiffs Indian Harbor Insurance Company, Berkley Insurance Company, QBE Insurance Corporation, and Endurance American Insurance Company (collectively, the "Plaintiffs") and defendants Alexander Mashinsky, Shlomi Daniel Leon, Aliza Landes, Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Kristine Meehan, Roni Cohen-Pavon, Shiran Kleiderman, Harumi Urata-Thompson, Jeremie Beaudry, and Jason Perman (collectively, the "Defendants"), pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rules 2.A., 2.D., and 4.A. of your Honor's Individual Rules of Practice in Civil Cases, to respectfully request adjournment of the upcoming initial pretrial conference and entry of a case management plan until after the Motion to Drop Defendants Mashinsky and Cohen-Pavon (ECF no. 41) has been decided and a new initial pretrial conference has been set, should there be a need for this action to proceed at that point.[1]  The parties also respectfully request that the Court adjourn the date for responses to the Amended Complaint (now due on September 29, 2025) until after the Motion to Drop has been decided.

The initial pretrial conference is currently scheduled for September 18, 2025.  The proposed case management plan is due on September 11, 2025.  As noted above, responses to the Amended Complaint are due on September 29, 2025.  Oppositions to the Motion to Drop are due on September 30, 2025, and replies are due on October 14, 2025.

In addition to the dates set for the oppositions and replies in connection with the Motion to Drop, the Court has requested that the Plaintiffs provide a status update with respect to service of process on all of the defendants by October 23, 2025.  The requested adjournment should not affect these dates.

Accordingly, the Plaintiffs and Defendants respectfully request the adjournment of the upcoming conference and entry of a case management plan as well as an adjournment of the deadline for responses to the Amended Complaint.

---

[1] Defendant Johannes Treutler does not join in this letter-motion.

1

Respectfully submitted,

 */s/ Dirk C. Haarhoff*
Dirk C. Haarhoff
White and Williams LLP

*Attorney for Plaintiffs Indian Harbor Insurance Company, Berkley Insurance Company, QBE Insurance Corporation, and Endurance American Insurance Company*

*/s/ Thomas Telesca*
Name: Thomas Telesca

*Attorney for Defendant Alexander Mashinsky*

*/s/ Pieter Van Tol*
Name: Pieter Van Tol

*Attorney for Defendant Shlomi Daniel Leon*

*/s/ Pieter Van Tol*
Name: Pieter Van Tol

*Attorney for Defendant Aliza Landes*

*/s/ Avi Weitzman*
Name: Avi Weitzman

*Attorney for Defendant Hanoch Goldstein*

*/s/ Avi Weitzman*
Name: Avi Weitzman

*Attorney for Defendant Rod Bolger*

*/s/ Avi Weitzman*
Name: Avi Weitzman

*Attorney for Defendant Rodney Sunada-Wong*

2

/s/ Avi Weitzman
Name: Avi Weitzman

*Attorney for Defendant Shiran Kleiderman*

/s/ Avi Weitzman
Name: Avi Weitzman

*Attorney for Defendant Jason Perman*

/s/ Constantine Economides
Name: Constantine Economides

*Attorney for Defendant Harumi Urata-Thompson*

/s/ Jeffrey Brown
Name: Jeffrey Brown

*Attorney for Defendant Roni Cohen-Pavon*

/s/ Leigh Nathanson
Name: Leigh Nathanson

*Attorney for Defendant Kristine Meehan*

/s/ Kevin O'Brien
Name: Kevin O'Brien

*Attorney for Defendant Jeremie Beaudry*

In light of the pending Motion to Drop Defendants Alexander Mashinsky and Roni Cohen-Pavon (ECF No. 41), the initial pretrial conference is hereby ADJOURNED sine die.  Defendants' deadlines to respond to the Complaint are also ADJOURNED to 14 days after a ruling on the pending Motion to Drop.  Plaintiffs shall serve a copy of this endorsed letter on all parties who have not yet appeared and enter proof of service on ECF no later than **September 19, 2025**.  The Clerk of Court is directed to terminate ECF No. 59.

SO ORDERED.

[signature]

September 15, 2025

3