

Writer's Direct Dial: (516) 663-6670
Writer's Direct Fax: (516) 663-6870
Writer's E-Mail: ttelesca@rmfpc.com

September 30, 2025

**By ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

      Re:   *Indian Harbor Insurance Company et al v. Mashinsky et al*
             Case No. 1:25-cv-03349-JMF

Dear Judge Furman:

      This office represents interpleader defendant Alexander Mashinsky ("Mashinsky") in the above-referenced action. We write pursuant to Section 7(B) and (C) of Your Honor's Individual Rules concerning redactions and sealed filings requiring court approval for materials filed in connection with Mashinsky's Opposition to the Motion to Drop (filed simultaneously via ECF).

      Mashinsky seeks leave to file under seal the following exhibit to the Declaration of Thomas A. Telesca in Opposition ("Telesca Decl.") based on a Confidentiality Provision to which certain parties to this interpleader action agreed as part of an Arbitration Agreement executed on or about September 3, 2024:

- Exhibit B: In Re Insurance Proceeds Allocation for Insureds of Celsius Network Inc., Final Arbitral Decision and Award, dated October 4, 2024.

      Mashinsky also seeks leave for proposed redactions in paragraph 6 of the Telesca Decl. and on pages 2 and 7 of the Memorandum of Law in Opposition to the Motion to Drop that discuss confidential information from the above-mentioned exhibit.



September 30, 2025
Page 2

    Mashinsky has filed the Telesca Decl. and the accompanying Memorandum of Law in Opposition in redacted, public form on ECF. Mashinsky has also filed the Telesca Decl. and the accompanying Memorandum of Law under seal with the proposed redactions highlighted.

    Mashinsky respectfully requests that the court approve these proposed redactions and file and maintain the unredacted Telesca Decl., Memorandum of Law in Opposition, and Exhibit B under seal, pursuant to Sections 7(B) and (C).

    We thank Your Honor for his time and consideration of this request.

    Respectfully submitted,

    Ruskin Moscou Faltischeck, P.C.

    By: */s/ Thomas A. Telesca*
       Thomas A. Telesca
       *Attorney for Interpleader Defendant*
       *Alexander Mashinsky*

Cc:    All counsel (by ECF)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 73.

SO ORDERED.

October 1, 2025

RUSKIN MOSCOU FALTISCHEK