# VAN TOL LAW PLLC

www.vantol-law.com

199 8th Avenue, Suite B3  2835 Route 20
Brooklyn, New York 11215  Nassau, New York 12123

October 13, 2025

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:   *Indian Harbor Ins. Co. et al v. Mashinsky et al.*, Case No. 1:25-cv-03349-JMF

Dear Judge Furman:

This firm represents Interpleader Defendants Shlomi Daniel Leon ("Leon") and Aliza Landes ("Landes") in the above action.

Leon and Landes (collectively, the "Movants") have filed a motion (the "Motion") to drop Interpleader Defendants Alexander Mashinsky ("Mashinsky") and Roni Cohen-Pavon ("Cohen-Pavon") as parties from this matter.  In connection with the reply submissions on the Motion, the Movants wish to provide the Court with certain documents and information that are confidential by virtue of an agreement to arbitrate entered into by the parties (the "Arbitration Agreement").

Specifically, Movants seek leave of the Court, pursuant to Paragraphs 7(B) and 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, to (a) file Exhibit G to the Reply Declaration of Pieter Van Tol dated October 13, 2025 ("Reply Declaration") (which is the Arbitration Agreement) under seal; and (b) file a version of the reply memorandum of law dated October 13, 2025 (the "Reply Brief") with portions of pages 10 and 11 of the Reply Brief redacted.

We have narrowly tailored the proposed sealing and redactions to balance concerns of public access with the requirements of the Arbitration Agreement, which states that its contents are confidential and may not be shared with outside parties. This sealing request mirrors a similar request made earlier by counsel for Mashinsky.

We have conferred with counsel for Mashinsky and Cohen-Pavon on this letter motion to seal (the "Sealing Motion").  Mashinsky consents to the Sealing Motion, while Cohen-Pavon takes no position.

1

The Movants have filed the Reply Brief and Reply Declaration in redacted, public form by ECF. The Movants have also filed the Reply Brief and Reply Declaration under seal with the proposed redactions and proposed sealed exhibit highlighted.

The Movants respectfully request that the Court grant the Sealing Motion and order that the unredacted version of the Reply Brief and Exhibit G to the Reply Declaration will remain under seal.

Respectfully submitted,

*Pieter Van Tol*

Pieter Van Tol

pvantol@vantol-law.com
917-514-9464

Cc:    Counsel of record (by ECF)

Application GRANTED temporarily.  The Court will assess whether to maintain the redactions on a longer-term basis when resolving the underlying motion.  The Clerk of Court is directed to terminate ECF No. 84.

SO ORDERED.

October 13, 2025

2