UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                :

INDIAN HARBOR INSURANCE COMPANY et al,   :
                :

          Plaintiffs,    :
                :       25-CV-3349 (JMF)

     -v-          :
                :       <u>ORDER</u>

ALEXANDER MASHINSKY et al,       :
                :

         Defendants.    :
                :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 8, 2025 Order, *see* ECF No. 103, Defendant-Interpleaders were required to answer or otherwise respond to the Complaint no later than two weeks from the date of that Order. To date, Defendant-Interpleader Alexander Mashinsky ("Mashinsky") has not filed any responsive papers. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 19, 2026**. Failure to file any response by that deadline may result in sanctions.

      In addition, all Defendant-Interpleaders shall serve their answers, *see* ECF Nos. 104-05, 107-08, 110-11, on Mashinsky within **two days of this Order** and file proof of service on ECF.

      The Clerk of Court is directed to mail a copy of this Order to Mashinsky.

      SO ORDERED.

Dated: January 5, 2026
      New York, New York               _____
                                 JESSE M. FURMAN
                               United States District Judge