UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                        :

INDIAN HARBOR INSURANCE COMPANY et al,    :

                            :

               Plaintiffs,    :

                            :           25-CV-3349 (JMF)

    -v-                       :

                            :              ORDER

ALEXANDER MASHINSKY et al,    :

                            :

              Defendants.    :

                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's January 5, 2026 Order, *see* ECF No. 114, Defendant-Interpleaders were required to serve their Answers on Defendant-Interpleader Alexander Mashinsky ("Mashinsky") and file proof of service on ECF.  To date, Defendant-Interpleader Jeremie Beaudry ("Beaudry") has not filed proof of service of his Answer.  Beaudry shall serve his Answer, *see* ECF No. 104, on Mashinsky and file proof of service on ECF **no later than January 13, 2026.**  Failure to abide by that deadline may result in sanctions.

        SO ORDERED.

Dated: January 12, 2026
       New York, New York                                        
                                                 JESSE M. FURMAN
                                         United States District Judge