UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                      :

INDIAN HARBOR INSURANCE COMPANY et al,   :

                      :

         Plaintiffs,        :

                      :        25-CV-3349 (JMF)

     -v-            :

                      :         ORDER

ALEXANDER MASHINSKY et al,        :

                      :

         Defendants.     :

                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of Defendant-Interpleader Alexander Mashinsky's letter, *see* ECF No. 132, and the presumption in favor of adjudication on the merits, the Court hereby vacates the Clerk's Certificate of Default, *see* ECF No. 131, and extends Mashinsky's answer deadline, *nunc pro tunc*, to **March 4, 2026.**  Failure to abide by that deadline may result in entry of a default judgment against Mashinsky and/or sanctions.

     The Clerk of Court is directed to mail a copy of the Complaint, *see* ECF No. 1, and its accompanying exhibits, as well as a copy of this Order, to Mashinsky.

     SO ORDERED.

Dated: February 11, 2026
      New York, New York

                           JESSE M. FURMAN
                       United States District Judge