UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                            :

INDIAN HARBOR INSURANCE COMPANY et al,     :

                           Plaintiffs,     :

                                              :               25-CV-3349 (JMF)

         -v-                                    :

                                              :                     ORDER

ALEXANDER MASHINSKY,                        :

                                              :

                         Defendants.     :

                                              :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Unless and until the Court orders otherwise, the parties shall appear for an **in-person** conference on **March 26, 2026**, at **3:45 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

In the meantime, the Court hopes that service on Defendant Johannes Treutler is effected, that Defendant Jeremie Beaudry secures relief from any applicable stay in the bankruptcy action, and that Defendant Alexander Mashinsky sorts out whether counsel for Roni Cohen-Pavon (or other counsel) can and will represent him. Finally, the parties should continue to confer in an effort to seek agreement on the interpleader relief sought in the Amended Complaint so that Plaintiffs can be dismissed. The parties should promptly update the Court on any material developments on these and any other fronts. In any event, no later than the **Thursday before the conference**, the parties shall file another joint letter updating the Court on the status of the case and proposing next steps, including matters to be discussed at the conference.

Unless Mr. Mashinsky obtains counsel prior to the conference, it is ORDERED that, at the appointed date and time for the conference, the Warden or other official in charge of the FCI

Otisville Correctional Facility produce prisoner Alexander Mashinsky, Identification No. 68096-510, at a suitable location within the FCI Otisville Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court in the above-referenced matter.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0282.

Counsel for Plaintiffs shall (1) transmit this Order to the Warden of FCI Otisville Correctional Facility forthwith; (2) contact the FCI Otisville Correctional Facility to arrange the call and to determine the telephone number at which Mashinsky will be reachable at the above date and time; and (3) email that telephone number to the Court no later than the **Thursday before the conference**.

The Clerk of Court is directed to (1) update the docket to reflect Mashinsky's address as detailed below, and (2) send a copy of this Order to Mashinsky.

> Alexander Mashinsky
> Register Number: 68096-510
> FCI Otisville
> Federal Correctional Institution
> P.O. Box 1000
> Otisville, NY 10963

SO ORDERED.

Dated: February 24, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2