UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

INDIAN HARBOR INSURANCE COMPANY et al,  :

                        Plaintiffs,  :            25-CV-3349 (JMF)

        -v-  :              ORDER

ALEXANDER MASHINKSY et al,  :

                    Defendants.  :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        There is a conference scheduled in this matter on **March 26, 2026**, at **3:45 p.m.**  Unless otherwise ordered by the Court, the conference will be held in-person in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, **500 Pearl Street**, New York, NY 10007.

        The parties are reminded that, per the Court's February 24, 2026 Order, ECF No. 136, they must submit a joint letter **by the Thursday prior to the conference** (i.e., **March 19, 2026**) updating the Court on the status of the case and proposing next steps, including matters to be discussed at the conference.  Unless Defendant Alexander Mashinsky obtains counsel prior to the conference, counsel must also email the telephone number at which Mr. Mashinsky will be reachable for the conference.  *See id.* at 2.

        The Clerk of Court is directed to mail a copy of this Order to Mashinsky.

        SO ORDERED.

Dated:  March 16, 2026
       New York, New York
                                  JESSE M. FURMAN
                              United States District Judge