UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :

INDIAN HARBOR INSURANCE COMPANY et al,   :
                  :

          Plaintiffs,    :        25-CV-3349 (JMF)
                  :

       -v-       :        ORDER
                  :

ALEXANDER MASHINSKY et al,      :
                  :

         Defendants.    :
                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       There is a conference scheduled in this matter on **March 31, 2026,** at **11:00 a.m**.  Unless otherwise ordered by the Court, the conference will be held in-person in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, **500 Pearl Street**, New York, NY 10007.

       The parties are reminded that, per the Court's February 24, 2026 Order, ECF No. 136, they must submit a joint letter **by the Thursday prior to the conference** (i.e., March 26, 2026) updating the Court on the status of the case and proposing next steps, including matters to be discussed at the conference.

       The Clerk of Court is directed to mail a copy of this Order to Defendant Alexander Mashinsky.

       SO ORDERED.

Dated: March 23, 2026
     New York, New York         _____
                            JESSE M. FURMAN
                           United States District Judge