UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

INDIAN HARBOR INSURANCE COMPANY et al,   :
                                  :

                Plaintiff-Interpleaders,    :

                                  :           25-CV-3349 (JMF)
     -v-                          :

                                  :            ORDER

ALEXANDER MASHINSKY et al,             :

                                  :

                Defendant-Interpleaders.   :

                                  :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiffs shall serve a copy of the operative Complaint, ECF No. 30, on Defendant Alexander Mashinsky **no later than April 1, 2026.** Mashinsky shall answer or otherwise respond to the Complaint **no later than April 30, 2026.** No further extensions of his answer deadline will be granted.

- The parties shall file any motion for alternate service on Defendant Johannes Treutler **no later than April 6, 2026.** Any opposition shall be filed **no later than April 10, 2026.**

- Upon ruling on the motion for alternate service, the Court will set a deadline for the parties' joint motion for interpleader relief. Additionally, prior to filing any motion for interpleader relief, Plaintiffs shall contact Mashinsky and explain the nature of the motion as well as his options for joining or opposing the motion.

- **No later than April 1, 2026**, counsel for Shlomi Daniel Leon and Aliza Landes shall send to Mashinsky courtesy copies of the briefing in connection with the prior Motion

to Drop, *see* ECF No. 41-44, 49, 52, 66, 70-71, 74-75, 85-86, as well as the Court's

December 8, 2025 Memorandum Opinion and Order resolving the motion, *see* ECF

No. 103.

The Clerk of Court is directed to mail a copy of this Order to Mashinsky.

SO ORDERED.

Dated: March 31, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge