UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
INDIAN HARBOR INSURANCE COMPANY et al,                                 :
                                                                       :
                              Plaintiffs,                              :
                                                                       :          25-CV-3349 (JMF)
              -v-                                                      :
                                                                       :                ORDER
ALEXANDER MASHINSKY et al,                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On April 6, 2026, Interpleader-Plaintiffs and most Interpleader-Defendants (the "Moving Parties") filed a motion to serve Interpleader-Defendant Johannes Treutler through his domestic counsel, Susan Brune.  *See* ECF No. 153.  On April 7, 2026, the Interpleader-Plaintiffs served — by email to Brune — copies of both the relevant motion papers and the Court's Order setting an opposition deadline of April 10, 2026.  *See* ECF No. 158.  No opposition has been filed.

        Upon review of the Moving Parties' motion papers, *see* ECF Nos. 153-56, and in light of the importance of avoiding further delay given the nature of this case, the motion for alternative service on Treutler is hereby GRANTED.

        Additionally, any motion for interpleader relief shall be filed by **April 21, 2026.**  Any opposition to such a motion shall be filed **no later than May 5, 2026.**  No reply may be filed absent prior leave of Court.

        The Interpleader-Plaintiffs shall serve the summons, Complaint, any motion for interpleader relief, and a copy of this Order on Treutler through Brune **no later than April 21, 2026**, and shall file proof of such service **no later than April 22, 2026.**

        The Clerk of Court is directed to mail a copy of this Order to Interpleader-Defendant Alexander Mashinsky.

        SO ORDERED.

Dated:  April 14, 2026
        New York, New York                          _____
                                                      JESSE M. FURMAN
                                                      United States District Judge