# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

INDIAN HARBOR INSURANCE
COMPANY, et al.,

       Interpleader-Plaintiffs,

    - v. -

ALEXANDER MASHINSKY, et al.,

       Interpleader-Defendants.

Case No. 1:25-cv-03349-JMF

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR INTERPLEADER RELIEF**

Upon the Joint Motion for Interpleader Relief submitted by Plaintiffs Indian Harbor Insurance Company, Berkley Insurance Company, QBE Insurance Corporation, and Endurance American Insurance Company, together with Defendants Shlomi Daniel Leon, Aliza Landes, Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Kristine Meehan, Roni Cohen-Pavon, Shiran Kleiderman, Harumi Urata-Thompson, and Jason Perman (the "Moving Defendants"), the Memorandum of Law in Support of the Joint Motion; the Declaration of Ysabelle G. Reyes in Support of the Joint Motion; the Amended Complaint; and all other pleadings and proceedings in this action, the Court having considered the application of the Plaintiffs and Moving Defendants, and for good cause shown;

    **IT IS ORDERED** that:

1. The Joint Motion for Interpleader Relief is hereby **GRANTED**;

2. The Clerk of Court is directed to accept and deposit the Proceeds in the amount of $6,250,000 in the Disputed Ownership Fund in the Court Registry Investment System;

1

3. To the extent they have not already done so, the Defendants and any claimant relating in any way to the Side A Policies are required to interplead in this case all of their demands for coverage under or with respect to the Side A Policies;

4. The Plaintiffs may make service by publication on the Parties Unknown;

5. The Defendants and any claimant relating in any way to the Side A Policies are enjoined from instituting or prosecuting any action in any court, state or federal, against the Plaintiffs asserting any claims, rights, or causes of action in connection with the Side A Policies;

6. Upon the Plaintiffs' deposit of the Proceeds into the Court's Registry, the Plaintiffs are discharged from all liability to the Defendants and any claimant relating in any way to the Side A Policies; and

7. The Plaintiffs are dismissed from this action with prejudice.

The Clerk of Court is directed to send a copy of this Order to Alexander Mashinsky:

> Alexander Mashinsky
> Register No. 68096-510
> FCI Otisville
> Federal Correctional Institution
> P.O. Box 1000
> Otisville, NY 10963

Dated:    May 6   , 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

No opposition having been filed, *see* ECF No. 159, and all Interpleader-Defendants having consented, *see* ECF No. 162, at 2 n.1; ECF No. 169, the joint motion for interpleader relief is GRANTED as unopposed. The Clerk of Court is directed to terminate ECF No. 161.

2