UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                     :

INDIAN HARBOR INSURANCE COMPANY et al.,    :

                                     :

                Plaintiff-Interpleaders,    :

                                     :               25-CV-3349 (JMF)

          -v-                        :

                                     :                   ORDER

ALEXANDER MASHINSKY et al.,           :

                                     :

                Defendant-Interpleaders.    :

                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       By separate Order signed today, the Court granted the joint motion for interpleader relief and dismissed the Interpleader-Plaintiffs with prejudice.  In light of that Order, the remaining parties are hereby ORDERED to meet and confer and to file a joint letter proposing next steps in the litigation **no later than May 20, 2026**.  That letter should update the Court on the status of any applicable stay in connection with Interpleader-Defendant Jeremie Beaudry's bankruptcy proceedings.  The letter should also address, among other things, whether this action should proceed notwithstanding any bankruptcy stay, whether an initial pretrial conference should be held, and whether the entry of a discovery schedule is appropriate.  If a discovery schedule is appropriate, the parties should file, as an attachment to the letter, a proposed Case Management Plan and Scheduling Order, using the form available on the Court's website.

       The Clerk of Court is directed to mail a copy of this Order to Interpleader-Defendant Alexander Mashinsky.

       SO ORDERED.

Dated: May 6, 2026
      New York, New York

                                      JESSE M. FURMAN
                               United States District Judge