UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

INDIAN HARBOR INSURANCE COMPANY et al.,    :

                                  :

             Plaintiffs,    :

                                  :        25-CV-3349 (JMF)

       -v-            :

                                  :          ORDER

ALEXANDER MASHINSKY et al.,    :

                                  :

             Defendants.    :

                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Unless and until the Court orders otherwise, the parties shall appear for a conference with the Court on **June 1, 2026**, at **10:00 a.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases. Additionally, **no later than one business day before the conference**, counsel shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Unless Interpleader-Defendant Alexander Mashinsky obtains counsel prior to the conference, it is further ORDERED that, at the appointed date and time for the conference, the Warden or other official in charge of the FCI Otisville Correctional Facility produce prisoner

Alexander Mashinsky, Identification No. 68096-510, at a suitable location within the FCI

Otisville Correctional Facility equipped with a telephone, for the purpose of participating by

telephone in the conference with the Court in the above-referenced matter.  If this time and date

presents an inconvenience, the Warden or the Warden's designee should promptly inform

Chambers by calling (212) 805-0282.

Counsel for Interpleader-Defendants Shlomi Daniel Leon and Aliza Landes shall

(1) transmit this Order to the Warden of FCI Otisville Correctional Facility forthwith; and (2)

contact the FCI Otisville Correctional Facility to arrange Mashinsky's participation in the

conference.  As before, *see* ECF No. 142, Mashinsky may join the conference by following the

instructions set forth above for calling into the Court's dedicated conference line.

The Clerk of Court is directed to send a copy of this Order to Mashinsky.

SO ORDERED.

Dated: May 21, 2026
      New York, New York

           JESSE M. FURMAN
           United States District Judge