UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                           :

INDIAN HARBOR INSURANCE COMPANY et al.,    :

                                        :

                Plaintiffs,          :

                                        :                 25-CV-3349 (JMF)

       -v-                             :

                                        :                    ORDER

ALEXANDER MASHINSKY et al.,              :

                                        :

                Defendants.      :

                                        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Unless and until the Court orders otherwise, Interpleader-Defendants Shlomi Daniel Leon, Aliza Landes, Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Shiran Kleiderman, Jason Perman, Kristine Meehan, Harumi Urata-Thompson, and Jeremie Beaudry shall file any joint motion for summary judgment **no later than June 11, 2026.** Any opposition shall be filed **no later than July 14, 2026.** Any reply shall be filed **no later than July 21, 2026.**

- If any opposing party believes that there are facts essential to his opposition that are unavailable to him, that party may file a declaration pursuant to Rule 56(d) of the Federal Rules of Civil Procedure explaining the nature and need for that discovery. The opposing party should also address the need for that discovery in the opposition memorandum of law.

- As Interpleader-Defendant Alexander Mashinsky consented to electronic service, the remaining parties should serve any filings in this action on Mr. Mashinsky electronically, subject to Mr. Mashinsky providing the parties with an email address at which to effectuate such service.

      The Clerk of Court is directed to mail a copy of this Order to Alexander Mashinsky.

      SO ORDERED.

Dated: June 1, 2026
       New York, New York
                                             JESSE M. FURMAN
                                            United States District Judge