# VAN TOL LAW PLLC

www.vantol-law.com

199 8th Avenue, Suite B3                                                                2835 Route 20
Brooklyn, New York 11215                                                          Nassau, New York 12123

June 11, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:    *Indian Harbor Ins. Co. et al v. Mashinsky et al.*, Case No. 25-cv-03349-JMF

Dear Judge Furman:

This firm represents Interpleader Defendants Shlomi Daniel Leon ("Leon") and Aliza Landes ("Landes") in the above action.

Leon and Landes, along with Interpleader Defendants Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Shiran Kleiderman, Kristine Meehan, Harumi Urata-Thompson, and Jeremie Beaudry (collectively, the "Movants"), have filed a motion (the "Motion") for partial summary judgment against Interpleader Defendants Alexander Mashinsky, Roni Cohen-Pavon, and Johannes Treutler ("Treutler").  In connection with the Motion, the Movants wish to provide the Court with certain documents that were marked as "CONFIDENTIAL" pursuant to a confidentiality order in an adversary proceeding captioned *Meghji v. Mashinsky*, Adv. Proc. No. 24-03667 (Bankr. S.D.N.Y.) (the "Adversary Proceeding").

Specifically, the Movants seek leave of the Court, pursuant to Paragraphs 7(B) and 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, to (a) file Exhibits M and N to the Declaration of Pieter Van Tol dated June 11, 2026 (the "Van Tol Declaration") (which are the transcript for Mr. Treutler's deposition and an exhibit marked at the deposition, respectively) under seal; (b) file a version of the Movants' memorandum of law dated June 11, 2026 (the "Initial Brief") with portions of pages 3, 11-12 and 26 of the Initial Brief redacted; (c) file a version of the Van Tol Declaration with portions of pages 10 and 11 of the Van Tol Declaration redacted; and (d) file a version of the Movants' Local Rule 56.1 Statement of Undisputed Facts ("Rule 56.1 Statement") with portions of pages 7 and 8 of the Rule 56.1 Statement redacted.

1

We have narrowly tailored the proposed sealing and redactions to balance concerns of public access with the requirements of the confidentiality order in the Adversary Proceeding.

I have conferred with counsel for Treutler on this letter motion to seal (the "Sealing Motion") and asked counsel to advise if they have a different position from the Movants with respect to the Sealing Motion. Treutler's counsel have not advised that they have a different view.

The Movants have filed the Initial Brief, the Van Tol Declaration, and the Rule 56.1 Statement in redacted, public form by ECF. The Movants will also file unredacted versions of the foregoing documents under seal with the proposed redactions highlighted and the two proposed sealed exhibits included.

The Movants respectfully request that the Court grant the Sealing Motion and order that the unredacted versions of the Initial Brief, the Van Tol Declaration and Rule 56.1 Statement, as well as Exhibits M and N to the Van Tol Declaration, will remain under seal.

Respectfully submitted,

*Pieter Van Tol*

Pieter Van Tol

pvantol@vantol-law.com
917-514-9464

Cc:    Counsel of record (by ECF)
       Alexander Mashinsky (by email and mail)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 183.

SO ORDERED.

July 12, 2026

2