COHEN
ZIFFER
FRENCHMAN
& MCKENNA

**Adam Ziffer**
212-584-1832
aziffer@cohenziffer.com

1325 Avenue of the Americas
New York, NY 10019

212-584-1890 P
212-584-1891 F

July 14, 2026

**VIA EFILE**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

RE: *Indian Harbor Ins. Co. et al v. Mashinsky et al.*, Case No. 25-cv-03349-JMF

Dear Judge Furman:

We represent Interpleader Defendant Johannes Treutler ("Mr. Treutler") in the above referenced action.

Mr. Treutler has filed a memorandum of law in opposition to Interpleader Defendants Shlomi Daniel Leon, Aliza Landes, Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Shiran Kleiderman, Kristine Meehan, Harumi Urata-Thompson, and Jeremie Beaudry's (the "Movants") motion for partial summary judgment (the "Opposition"). In connection with the Opposition, Mr. Treutler wishes to provide the Court with a document that was marked as "CONFIDENTIAL" pursuant to a confidentiality order in an adversary proceeding captioned *Meghji v. Mashinsky*, Adv. Proc. No. 24-03667 (Bankr. S.D.N.Y.) (the "Adversary Proceeding").

Specifically, Mr. Treutler seeks leave of the Court, pursuant to Paragraphs 7(B) and 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, to (a) file Exhibit 2 to the Declaration of Adam Ziffer dated July 14, 2026 (the "Ziffer Declaration") (the transcript for Mr. Treutler's deposition) under seal; (b) file a version of Mr. Treutler's Opposition with portions of pages 1-3 and 6-7 of the Opposition redacted; and (c) file a version of Mr. Treutler's Response to Movants' Rule 56.1 Statement of Undisputed Facts ("56.1 Response") with portions of pages 9-10 of the 56.1 Response redacted.

We have narrowly tailored the proposed sealing and redactions to balance concerns of public access with the requirements of the confidentiality order in the Adversary Proceeding.

I have conferred with counsel for the Movants on this letter motion to seal (the "Sealing Motion") and asked counsel to advise if they have a different position from Mr. Treutler with respect to the Sealing Motion. The Movants' counsel have advised that they do not object to this Sealing Motion.

Mr. Treutler has filed the Opposition Brief, the Ziffer Declaration, and the 56.1 Response in redacted, public form by ECF. Mr. Treutler will also file unredacted versions of the foregoing documents under seal with the proposed redactions highlighted and the proposed sealed exhibit included.

Mr. Treutler respectfully requests that the Court grant the Sealing Motion and order that the unredacted versions of the Opposition Brief, the Ziffer Declaration and 56.1 Response, as well as Exhibit 2 to the Ziffer Declaration, will remain under seal.

Respectfully Submitted,

/s/ *Adam Ziffer*
Adam Ziffer

cc: Counsel of record (by ECF)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 194.

SO ORDERED.

July 15, 2026