# VAN TOL LAW PLLC

www.vantol-law.com

199 8th Avenue, Suite B3
Brooklyn, New York 11215

2835 Route 20
Nassau, New York 12123


July 21, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: *Indian Harbor Ins. Co. et al v. Mashinsky et al.*, Case No. 25-cv-03349-JMF

Dear Judge Furman:

This firm represents Interpleader Defendants Shlomi Daniel Leon ("Leon") and Aliza Landes ("Landes") in the above action.

Leon and Landes, along with Interpleader Defendants Hanoch Goldstein, Rod Bolger, Rodney Sunada-Wong, Shiran Kleiderman, Kristine Meehan, Harumi Urata-Thompson, and Jeremie Beaudry (collectively, the "Movants"), are filing a reply memorandum of law dated July 21, 2026 (the "Reply Brief") in further support of their motion for partial summary judgment against Interpleader Defendants Alexander Mashinsky, Roni Cohen-Pavon, and Johannes Treutler ("Treutler"). In the Reply Brief, Movants cite to the deposition transcript of Mr. Treutler, which was marked as "CONFIDENTIAL" pursuant to a confidentiality order in an adversary proceeding captioned *Meghji v. Mashinsky*, Adv. Proc. No. 24-03667 (Bankr. S.D.N.Y.) (the "Adversary Proceeding").

Movants seek leave of the Court, pursuant to Paragraphs 7(B) and 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, to file a version of the Reply Brief with portions of pages 8-9 and 11 redacted.

We have narrowly tailored the proposed sealing and redactions to balance concerns of public access with the requirements of the confidentiality order in the Adversary Proceeding.

The Court has previously ruled that the Treutler transcript and portions of documents citing the transcript may be filed under seal. *See* ECF #188, #202.

Movants will file the Reply Brief in redacted, public form by ECF. Movants will also file an unredacted version of the foregoing document under seal with the proposed redactions highlighted.

Movants respectfully request that the Court grant this sealing motion and order that the unredacted version of the Reply Brief will remain under seal.

Respectfully submitted,

*Pieter Van Tol*

Pieter Van Tol

pvantol@vantol-law.com
917-514-9464

Cc: Counsel of record (by ECF)
Alexander Mashinsky (by email and mail)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 205 and to mail a copy of this endorsed letter to Alexander Mashinsky.

SO ORDERED.

July 21, 2026